UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 12-22434-CIV-MORENO**

CARIDAD MARQUEZ,

      Plaintiff,

vs.

WACHOVIA MORTGAGE, F.S.B., f/k/a
WORLD SAVINGS BANK and WELLS FARGO
BANK, *et al.*,

      Defendants.

_____/

## ORDER DENYING MOTION TO CORRECT AND AMEND CIVIL COVER SHEET DATED JUNE 29, 2012

THIS CAUSE came before the Court upon Caridad Marquez's Motion to Correct and Amend

Civil Cover Sheet **(D.E. No. 16)**, filed on **July 17, 2012**.

THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of July, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel and Parties of Record